IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 10-cv-00980-BNB

DARRELL LENN GUNN,

     Plaintiff,

v.

FEDERAL BUREAU OF PRISONS, and
WARDEN J. W. WANDS,

     Defendants.

F I L E D
UNITED STATES DISTRICT COURT
DENVER, COLORADO

JUN 0 8 2010

GREGORY C. LANGHAM
CLERK

---

## ORDER OF DISMISSAL

---

     Plaintiff, Darrell Lenn Gunn, is in the custody of the United States Bureau of

Prisons and currently is incarcerated at the Federal Correctional Institution in Florence,

Colorado. Mr. Gunn, acting *pro se*, initiated this action by filing a pleading titled

"Preliminary Injunction/Temporary Restraining Order Pursuant to Fed. R. Civ. Proc.,

Rule 65 (a-b) & (42(a))," in which he challenges the conditions of his confinement. In an

order entered on April 29, 2010, Magistrate Judge Boyd N. Boland directed the Clerk of

the Court to commence a civil action and instructed Mr. Gunn to cure certain

deficiencies if he wished to pursue his claims. Specifically, Magistrate Judge Boland

ordered Mr. Gunn to file his claims on a Court-approved form that is used in filing

prisoner complaints. Magistrate Judge Boland also directed Mr. Gunn either to pay the

filing fee in full or to file a motion seeking leave to proceed *in forma pauperis* pursuant

to 28 U.S.C. § 1915 along with a certified copy of his trust fund statement for the six-

month period immediately preceding the initiation of this action.

Magistrate Judge Boland warned Mr. Gunn that the action would be dismissed without further notice if he failed to cure the deficiencies within thirty days. Mr. Gunn has failed to communicate with the Court. As a result, he has failed to cure the deficiencies within the time allowed. Therefore, the action will be dismissed without prejudice for failure to cure the noted deficiencies. Accordingly, it is

ORDERED that the Complaint and action are dismissed without prejudice for failure to cure the deficiencies.

DATED at Denver, Colorado, this __8th__ day of __June__, 2010.

BY THE COURT:

CHRISTINE M. ARGUELLO
United States District Judge, for
ZITA LEESON WEINSHIENK, Senior Judge
United States District Court

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

## CERTIFICATE OF MAILING

Civil Action No. 10-cv-00980-BNB

Darrell Lenn Gunn
Reg No. 70198-065
FCI - Florence
P.O. Box 6000
Florence, CO 81226-6000

I hereby certify that I have mailed a copy of the **ORDER AND JUDGMENT** to the above-named individuals on 6/8/10

GREGORY C. LANGHAM, CLERK

By: _____
        Deputy Clerk